**PAPA, DePAOLA and BROUNSTEIN**
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

---

| | | |
|---|---|---|
| **John P. Papa** | **(718) 281-4000** | **Madeline Wrzesc** |
| **John R. DePaola** | **FAX (718) 281-4030** | **Legal Assistant** |
| **Steven L. Brounstein** | | |
| -------------- | | |
| **John K. Kouroupas** | | |
| **Lawrence E. Kozar** | | |

December 27, 2011

Hon. Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N Y 11201

      Re: <u>United States v. Joseph Virzi et. al.</u>
         11 Cr. 0030(KAM)

Dear Judge Matsumoto:

  I represent Mr. Virzi who is scheduled to be sentenced on February 2, 2011. Due to my own scheduling issues we have only recently begun the pre-sentencing process which will cause delay in both the issuance of the report and my own anticipated sentencing submission. Accordingly I am requesting that Mr. Virzi sentence be adjourned for approximately two months. I anticipate that the Government will have no objection to this request.

  I thank the Court for considering this request.

            Yours truly;

            **PAPA, DEPAOLA & BROUNSTEIN**

            /s/

            **By: STEVEN L. BROUNSTEIN**