

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

January 9, 2012

MDC Brooklyn
Metropolitan Detention Center
West Building
P.O. Box 329002
Brooklyn, NY 11232

            Re:  United States v. Andrew Russo, et al.
                 Criminal Docket No. 11-0030 (KAM)

                 United States v. Joseph Petillo
                 Criminal Docket No. 11-0791 (FB)

                 United States v. Theodore Persico, Jr., et al.
                 Criminal Docket No. 10-147 (SLT)

                 United States v. Carmine Persico
                 Criminal Docket No. 11-0845 (SJ)

To Whom It May Concern:

        Pursuant to the procedures of the Brooklyn Metropolitan
Detention Center (the "MDC"),[1] the government has provided two
sets of the compact discs and digital video discs listed in the
attached discovery letters, dated December 22 and 23, 2011, which
pertain the above-referenced cases.  These materials were sent to
the attention of incarcerated defendant Theodore Persico, Jr.,
Reg. # 38266-019, with instructions to maintain one set in each
of the law libraries of the MDC.

        Please be advised that the incarcerated defendants in
the above-referenced cases, including Andrew Russo, Reg. # 15043-
053; Michael Castellano, Reg. # 50044-054; Benjamin Castellazzo,
Reg. #35715-054; Dennis Delucia, Reg. #29431-053; Edward
Garofalo, Reg. # 57501-053; Francis Guerra, Reg. # 10636-051;
Joseph Savarese, Reg. # 23845-053; Larry Sessa, Reg. # 07802-062,

---

        [1]     The MDC has advised that it will not accept receipt of
a package unless it is addressed to an inmate.

and Joseph Petillo, Reg. # 59716-053, may also review those
compact disks.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney


                         By:  /s/Samantha E. Ward
                              Samantha E. Ward
                              Paralegal Specialist


Attachments
cc:  All Counsel (by ECF)(w/o attachments)