**PAPA, DePAOLA and BROUNSTEIN**
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

---

| | | |
|---|---|---|
| John P. Papa | (718) 281-4000 | Madeline Wrzesc |
| John R. DePaola | FAX (718) 281-4030 | Legal Assistant |
| Steven L. Brounstein | | |
| -------------- | | |
| John K. Kouroupas | | |
| Lawrence E. Kozar | | |

Via ECF

March 26, 2012

Hon. Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N Y 11201

           Re:    United States v. Joseph Virzi et. al.
                    11 Cr. 0030(KAM)

Dear Judge Matsumoto:

      I represent Mr. Virzi who is scheduled to be sentenced on April 5, 2012. I am requesting that Mr. Virzi sentence be adjourned for approximately two months. The reason for the adjournment is that there is a factual issue within the Pre-Sentence Report that I am attempting to resolve with the Government prior to sentencing. Resolution of this issue would obviate any need for this matter to be litigated or any sentence litigation with the Government. I have communicated with Allon Lifshitz the Assistant United States Attorney assigned to this matter and he consents to this adjournment request.

      I thank the Court for considering this request.

                                                  Yours truly;

                                                **PAPA, DEPAOLA & BROUNSTEIN**

                                                /s/

                                              **By: STEVEN L. BROUNSTEIN**