# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

March 29, 2012

The Honorable Judge Kiyo A. Matsumoto
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *USA v. Russo et al,* 11-cr-30-SLT
           **Adjournment Request**

Dear Judge Matsumoto:

    On behalf of all the defendants in the above captioned case I write to request the status conference scheduled for March 30, 2012 be adjourned to the morning of April 20, 2012. The defendants agree to exclude time between March 30, 2012 and April 20, 2012. Each defendant and/or by his attorney have consented to this application.

    The Government (by AUSA Taryn Merkl) also consents to our request.

Very truly yours,

*Joseph Corozzo*

cc:    All United States Attoneys via ECF