# PAPA, DePAOLA and BROUNSTEIN
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

---

| | | |
|---|---|---|
| John P. Papa | (718) 281-4000 | Madeline Wrzesc |
| John R. DePaola | FAX (718) 281-4030 | Legal Assistant |
| Steven L. Brounstein | | |
| -------------- | | |
| John K. Kouroupas | | |
| Lawrence E. Kozar | | |

Via ECF

August 13, 2012

Hon Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East

              Re:  <u>United States v. Joseph Virzi</u>
                  11-Cr.-0030(KAM)

Dear Judge Matsumoto:

     I represent Mr. Virzi in the above referenced matter.  He has been released on bond with travel restrictions to New York, New Jersey and Pennsylvania.  Mr. Virzi is getting married in November of 2012.  In furtherance of that Mr. Virzi friends are taking him for his bachelor party to Las Vegas on September 20th 2012 returning on September 24 2012.   I am requesting that Mr. Virzi be allowed to attend his bachelor party.  None of he individuals he will be traveling have any association with this matter.  They are all his childhood friends.  He will provide all of his information to his supervising pre-trial services officer and report back upon his return.

     I thank the Court for considering the applications made herein

                                  Respectfully submitted;
                                  /s/

                              **PAPA, DEPAOLA AND BROUNSTEIN**
                              **BY: STEVEN L. BROUNSTEIN**